AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:23-mj-117
One Apple iPhone, bearing IMEI number 354832091345627, one Apple )
iPhone, bearing IMEI number 357261093409388, one Apple iPhone, )
bearing IMEI number 358609073972636, and one Apple iPhone, bearing )
IMEI number 356740912847689, obtained by HSI and currently held at )
the HSI Columbus office storage location located at 675 Brooksedge
Blvd. Westerville, OH 43081

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   Ohio
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before   3/10/2023   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any US Magistrate Judge or Clerk's Office   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   2/24/2023 10:25am                  *Judge's signature*
                                                          Chelsey M. Vascura
City and state:   Columbus, Ohio                          United States Magistrate Judge
                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: 2/24/2023 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

- full forensic extraction / entire contents of the devices listed "in the matter of the search of".

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/11/2025

*Executing officer's signature*

Bianca Ragone, Special Agent
*Printed name and title*